**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
*E-mail: bheikali@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
*Email: rglezakos@faruqilaw.com*
Joshua Nassir (SBN 318344)
*E-mail: jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Attorneys for Plaintiff Melissa Majak

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MAJAK, individually and on behalf of herself and all others similarly situated, | Case No.: 2:21-cv-09445-SB (MARx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| CATALINA SNACKS INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Melissa Majak ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all her claims in the above-captioned action, without prejudice, against Catalina Snacks Inc.

Defendant Catalina Snacks Inc. has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her claims in this action against Defendant Catalina Snacks Inc., without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: March 14, 2022                    **FARUQI & FARUQI, LLP**

                                        */s/ Benjamin Heikali*
                                        Benjamin Heikali
                                        Ruhandy Glezakos
                                        Joshua Nassir